

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, PLAINTIFF | CASE NUMBER |
|---|---|
| v. Ramon Gilberto Ramos, DEFENDANT(S). | 2:17 MJ-2612 |

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Upon motion of _Defendant_, IT IS ORDERED that a detention hearing is set for _Oct. 24_, _2017_, at _10:00_ ☒a.m. / ☐p.m. before the Honorable _Eick_, in Courtroom _750_.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
*(Other custodial officer)*

Dated: _10/20/17_

_____
U.S. District Judge/Magistrate Judge